

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 12, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/19
```

BY HAND
Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

    Re:  United States of America v. Jasoda Ramoutar
        Court No.: 11 CR 0892 (RMB)

Dear Judge Berman:

  On March 5, 2013, the above-referenced defendant was ordered to pay restitution in the amount of $871,845.95.  Defendant has made payments totaling $17,315.71 toward restitution.  Defendant's last payment was on April 11, 2019, and she has not responded to the Government's request that she resume making voluntary monthly payments.  The Government has therefore filed an application for a writ of garnishment of the defendant's wages pursuant to the Federal Debt Collection Procedures Act ("FDCPA") of 1990.  28 U.S.C. § 3205.  Courtesy copies of the application and the Clerk's Notice of Post Judgment Garnishment are enclosed.

  The FDCPA's procedure for obtaining a writ of garnishment is as follows: The Government must submit an application for a writ of garnishment.  28 U.S.C. § 3205(b).  If the Court determines that the requirements of the FDCPA are satisfied, the Court shall issue a writ of garnishment.  28 U.S.C. § 3205(c)(1).  The Government shall then serve the garnishee and the defendant with a copy of the writ.  28 U.S.C. § 3205(c)(3).  The garnishee must file an answer and, within 20 days of receipt of the answer, the defendant or the Government may file a written objection to the answer and request a hearing.  28 U.S.C. § 3205(c)(5).  If no hearing is requested, the Court shall enter an order directing the garnishee as to the disposition of the defendant's nonexempt interest in the property.  28 U.S.C. § 3205(c)(7).

Honorable Richard M. Berman - 2 -

        The Government therefore respectfully requests that the Court grant the Government's application and issue a writ of garnishment pursuant to 28 U.S.C. § 3205(c)(1).

        Respectfully,

        GEOFFREY S. BERMAN
        United States Attorney

By: *[signature]*
        JOHN E. GURA, JR.
        Assistant United States Attorney
        Telephone No.: (212) 637-2712
        Fax No.: (212) 637-2717

enc.

---

*Defense counsel, Patrick Joyce, to respond by 8-20-19.*

SO ORDERED:
Date: 8/13/19  *Richard M. Berman*
        R_____ Berman, U.S.D.J.